IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ARLENE CAMPBELL, for herself and
Jennifer Gschwind                                                              PLAINTIFF

v.                            No. 3:25-cv-15-DPM

FULTON COUNTY SHERIFF'S
DEPARTMENT                                                                     DEFENDANT

ORDER

The Northern District of California transferred this case here. Arlene Campbell sues, for herself and her daughter, Jennifer Gschwind. Campbell alleges that Fulton County deputy sheriffs wrongfully arrested Gschwind, used excessive force, and generally mistreated her at the Fulton County jail in Salem, including denying medical care needed because Gschwind has multiple sclerosis. From the facts Campbell alleges, the Court infers that Gschwind is an adult.

A parent naturally feels any hurt done to their child, including an adult child. But Campbell's complaint fails to state a claim that this Court can address. Absent circumstances not present here, a parent cannot sue for injury to an adult child who can sue for herself. Campbell has no standing, in the law's word, to seek damages for what happened to Gschwind or to seek changes at the Fulton County Sheriff's Department on that basis. *Kowalski v. Tesmer*, 543 U.S. 125,

-2-

129-30 (2004).  And Campbell has no standing to sue on Gschwind's behalf; Gschwind is the one who has a right to file a lawsuit about what happened to her.  *Ibid.*

Campbell's motion to proceed *in forma pauperis*, Doc. 3, is granted for good cause.  But her complaint will be dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 February 2025