## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ARLENE CAMPBELL, for herself and
Jennifer Gschwind**                                                      **PLAINTIFF**

v.                                   No. 3:25-cv-15-DPM

**FULTON COUNTY SHERIFF'S
DEPARTMENT**                                                             **DEFENDANT**

## JUDGMENT

Campbell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2025